UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ALEXANDER BOSTON,

                Plaintiff,

-against-

SAMUEL DOSHNA and YOUNG JUDEA CAMP TEL YEHUDA, INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/29/2022_

22 Civ. 7724 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 26, 2022, the Court ordered the parties to show cause in writing by September 28, 2022, as to why this case should not be remanded because Defendant Young Judea Camp Tel Yehuda, Inc. has not consented to removal. ECF No. 15. That submission is now overdue. Accordingly, by **September 30, 2022**, at **12:00 p.m.**, the parties shall file their letters. Failure to respond shall result in remand.

    SO ORDERED.

Dated: September 29, 2022
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge